**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00388-CV

**ERNEST K. BANKAS, Appellant**

**V.**

**MAUREEN BANKAS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-13471**

## ORDER

We **GRANT** appellant's June 22, 2015 motion for an extension of time to file a letter brief addressing this Court's jurisdictional concerns. Appellant shall file her letter brief by **JULY 6, 2015**. We caution appellant that no further extension of time will be granted.

/s/ ELIZABETH LANG-MIERS
JUSTICE